UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 1:10-cr-149-01 SEB-DML |
| vs. | ) | |
| VICKI RECEVEUR, | ) | |
| Defendant. | ) | |

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

Having reviewed Magistrate Judge Baker's Report and Recommendation at Docket No. 41 recommending that Defendant's supervised release be modified, and observing that no objections have been filed, the Court now approves and adopts the Report and Recommendation as the order of the Court. Accordingly, Defendant is ordered to: (1) participate in an in-patient substance abuse treatment program as directed by the probation officer; and (2) then reside at a Residential Re-Entry Center for a period of up to 6 months as directed by the probation officer, abiding by the rules of that facility.

IT IS SO ORDERED.

Date: 10/18/2013

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Kevin McShane
kmcshane52@hotmail.com